8-2-2015

I'm writing to get a copy of my 1107 writ.
writ: no wr-43,466-02                    43,466-02
Trail ct no W04-32111 m(A)
Could you please send me on copy At the
Following Address. I'm also trying to get a copy
of my appeal breif with wes file in around 3-2006
Thank you very much may God Bless You.

Sincerely
Ronald Johnson

Ronald Kiniski Johnson #1338340
1697 F.M. 980
Huntsville, Tx
          77343
Ellis Unit

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 05 2015

HOBBY

Abel Acosta, Clerk